IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY W. MORRISON                                                              PLAINTIFF

v.                          CASE NO. 3:17CV0144 BSM

MC EXPRESS LEASING, INC., et al                                          DEFENDANTS

## ORDER

S. Newton Anderson's motion to appear *pro hac vice* [Doc. No. 42] is granted because he meets the requirements of Local Rule 83.5. Anderson is directed to register with CM/ECF in the Eastern District of Arkansas by 5:00 p.m., Friday, April 6, 2018.

IT IS SO ORDERED this 3rd day of April 2018.

_____
UNITED STATES DISTRICT JUDGE