# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

GARY W. MORRISON                                                                      PLAINTIFF

v.                              CASE NO. 3:17-CV-00144 BSM

MC EXPRESS LLC, et al.                                         DEFENDANTS

## ORDER

Plaintiff Gary Morrison's unopposed motion for voluntary dismissal without prejudice [Doc. No. 68] is granted, and this case is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(2). The parties shall continue to comply with the agreed protective order [Doc. No. 39].

IT IS SO ORDERED this 24th day of July 2018.

                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE