IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY W. MORRISON                                                      PLAINTIFF

v.                      CASE NO. 3:17-CV-00144 BSM

MC EXPRESS LLC, et al.                                       DEFENDANTS

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of July 2018.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE